UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAULA BROWN; D.D.,

                Plaintiff,

-against-

JOHN/JANE DOES,

                Defendants.

22-CV-6493 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff Paula Brown, who is appearing *pro se*, submitted a complaint and application to proceed *in forma pauperis* ("IFP") that included the full name of her grandson, a minor child. Rule 5.2(a)(3) of the Federal Rules of Civil Procedure requires that any court submissions referring to a minor must only include the minor's initials. Because Plaintiff's submissions reveal the full name of a minor child, the Court directs the Clerk of Court to: (1) remove all references to the minor child's full name on the docket of this action; list the child on the docket as "D.D."; and limit electronic access to the submissions (ECF 1, 2) with the child's full name to a "case-participant only" basis. Plaintiff must comply with Rule 5.2(a)(3) when submitting any documents in the future.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf.*

*Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   November 7, 2022
         New York, New York

                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                    Chief United States District Judge